IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FREDDIE FRANCY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:20-cv-00281-MDH |
| SHUTTS & BOWEN, LLP, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Plaintiff's Dismissal Without Prejudice (Doc. 9) wherein Plaintiff voluntarily dismisses this action without prejudice in its entirety.

WHEREFORE, the Court hereby dismisses this matter in its entirety without prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.**

DATED: April 27, 2020

                                                          */s/ Douglas Harpool*
                                                          **DOUGLAS HARPOOL**
                                                          **UNITED STATES DISTRICT JUDGE**